UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION


**TIFFANY GOLDSBY,**　　　　　　　　　　　Case No. 3:16-cv-02056-HZ

　　　　　　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　JUDGMENT

**SAFEWAY INC., dba SAFEWAY #1269**, a
Delaware corporation,

　　　　　　　　　　Defendant.

PAGE 1 -　　JUDGMENT

Trial of the above referenced action came on regularly before the Honorable Marco A. Hernandez on February 6 and continuing to February 12, 2018. On February 12, 2018, the jury returned a verdict in favor of Defendant Safeway, Inc. ("Defendant") on all of Plaintiff Tiffany Goldsby's ("Plaintiff") claims. Accordingly, the Court now enters judgment in favor of Defendant and against Plaintiff.

IT IS HEREBY ORDERED and ADJUDGED that:

Plaintiff's Complaint is dismissed with prejudice and Plaintiff shall take nothing thereby. Defendant shall be awarded costs as provided in Fed.R.Civ.P. 54(d)(1).

DATED this __23__ day of February 2018.

_____
Honorable Marco A. Hernández
UNITED STATES DISTRICT JUDGE